**2007–0740. Kraynak v. Youngstown City School Dist. Bd. of Edn.**
Mahoning App. No. 05 MA 200, 2007-Ohio-1236. Discretionary appeal accepted on Proposition of Law No. I.
PFEIFER, O'CONNOR and O'DONNELL, JJ., dissent.
Discretionary appeal not accepted on Proposition of Law No. II.
LUNDBERG STRATTON and CUPP, JJ., dissent.
Discretionary appeal accepted on Proposition of Law No. III; cause held as to Proposition of Law No. III for the decision in 2007–0306, *Rankin v. Cuyahoga Cty. Dept. of Children & Family Servs.,*

Cuyahoga App. No. 86620, 2006-Ohio-6759; and briefing schedule stayed as to Proposition of Law No. III.

PFEIFER and O'DONNELL, JJ., dissent.